UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Judge James M. Rosenbaum/Magistrate Judge Susan R. Nelson

Twin City Iron Workers Health & Welfare Fund; Twin City Iron Workers Pension Fund; Twin City Iron Workers Vacation Fund; and Twin City Iron Workers Apprenticeship & Training Fund,

Plaintiffs,

vs.

Listul Erection Corporation; and Intercargo Insurance Company,

Defendants.

Case No. 00-2721 JMR/SRN

**ORDER PERMITTING FILING AND SERVICE OF THIRD-PARTY COMPLAINT**

Based upon the Stipulation of all counsel of record, it is hereby ordered that Defendant XL Specialty Insurance Company f/k/a Intercargo Insurance Company may file and serve the Third-Party Complaint in the form attached as Exhibit A to the Stipulation of Counsel.

**BY THE COURT:**

Dated: February 7, 2001

Susan Richard Nelson
Honorable Magistrate Judge Susan R. Nelson

intercargo\listul\twin city litigation\third party complaint - order

FILED FEB 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK