UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Judge James M. Rosenbaum/Magistrate Judge Susan R. Nelson

Twin City Iron Workers Health & Welfare Fund; Twin City Iron Workers Pension Fund; Twin City Iron Workers Vacation Fund; and Twin City Iron Workers Apprenticeship & Training Fund,

Plaintiffs,

vs.

Listul Erection Corporation; and XL Specialty Insurance Company f/k/a Intercargo Insurance Company,

Defendants,

and

XL Specialty Insurance Company f/k/a Intercargo Insurance Company,

Third-Party Plaintiff,

vs.

Paul S. Listul,

Third-Party Defendant.

Case No.: 00-2721 JMR/SRN

**ORDER FOR DISMISSAL**

Based upon the Stipulation of all parties who have appeared in this action, the Court orders as follows:

1. Plaintiffs' claims against XL Special Insurance Company f/k/a Intercargo Insurance Company are hereby dismissed with prejudice and without further costs awarded to any party.



FILED NOV 9 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

2. Plaintiffs' claims against Listul Erection Corporation are hereby dismissed without prejudice.

3. The cross-claims and third-party claims of XL Specialty Insurance Company f/k/a Intercargo Insurance Company against Listul Erection Corporation and Paul S. Listul are hereby dismissed without prejudice.

Dated: November 7, 2001

JUDGE JAMES M. ROSENBAUM, Chief
Judge of U.S. District Court

intercargo\listul\stipulation of dismissal

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Judge James M. Rosenbaum/Magistrate Judge Susan R. Nelson

Twin City Iron Workers Health & Welfare Fund; Twin City Iron Workers Pension Fund; Twin City Iron Workers Vacation Fund; and Twin City Iron Workers Apprenticeship & Training Fund,

Plaintiffs,

vs.

Listul Erection Corporation; and XL Specialty Insurance Company f/k/a Intercargo Insurance Company,

Defendants,

and

XL Specialty Insurance Company f/k/a Intercargo Insurance Company,

Third-Party Plaintiff,

vs.

Paul S. Listul,

Third-Party Defendant.

Case No.: 00-2721 JMR/SRN

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), the undersigned parties, being all parties who have appeared in this action, agree to dismiss this action, in part without prejudice and in part with prejudice, as follows:

1. Plaintiffs dismiss with prejudice all claims in this litigation against Defendant XL Specialty Insurance Company f/k/a Intercargo Insurance Company.